IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

**LESLIE BURLESON**,

       Plaintiff,

v.                                 Civil Action No. 2:13-cv-02265-JTM-KMH

**ALLIED INTERSTATE, LLC**,

       **Defendant.**

## NOTICE OF SETTLEMENT

COMES NOW Plaintiff by and through his attorney J. Mark Meinhardt and for his Notice of Settlement, hereby states as follows:

1. The Plaintiff and the Defendant have reached a settlement.

2. The Parties will file a Notice of Dismissal with Prejudice with each party to pay their or its own attorney's fees and costs once the settlement documents have been executed by the parties and delivered to all counsel and the Plaintiff has received the settlement funds. The parties expect this to happen within the next thirty (30) days.

                                            Respectfully submitted,

Dated:  August 9, 2013           By: s/ J. Mark Meinhardt
                                            J. Mark Meinhardt KS # 20245
                                            9400 Reeds Road, Suite 210
                                            Overland Park, KS 66207
                                            Office:     (913) 827-1950
                                            Email:     mark@meinhardtlaw.com
                                            **ATTORNEY FOR PLAINTIFF**